# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| RACHEL CARLOTTA, | : | |
| | : | CASE NO. 1:24-cv-73 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, et al., | : | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF FAIR CREDIT REPORTING ACT CLAIMS OF PLAINTIFF AGAINST DEFENDANT UNITED STATES DEPARTMENT OF EDUCATION ONLY** |
| Defendants. | : | |

_____

Pursuant to Rule 41(a), Plaintiff Rachel Carlotta ("Plaintiff") and Defendant United States Department of Education ("DOE"), by and through their counsel, hereby stipulate that the Fair Credit Reporting Act claims (Third Claim) against Defendant DOE are dismissed without prejudice. All other claims remain pending.

Respectfully Stipulated:


/s/ *Adam V. Sadlowski*
Adam V. Sadlowski, Trial Attorney
SADLOWSKI LAW LLC
11427 Reed Hartman Highway, Suite 210
Blue Ash, Ohio 45241
Tel:  (513) 618-6595
Fax: (513) 618-6442
asadlowski@sb-lawyers.com

Attorney for Plaintiff


KENNETH L. PARKER
United States Attorney

 /s/*Adam Tieger* per email auth 6/13/24
ADAM TIEGER (0093932)
Assistant United States Attorney
200 W. Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 531-6795
Fax: (937) 225-2564
E-mail: adam.tieger@usdoj.gov

Trial Attorney for Defendant United States Department of Education


### CERTIFICATE OF SERVICE

I certify that on June 13, 2024, a copy of the foregoing document has been served upon counsel of record via the Court's electronic filing system.


/s/ *Adam V. Sadlowski*
Adam V. Sadlowski