# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| RACHEL CARLOTTA, | : | |
| | : | CASE NO. 1:24-cv-00073 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HIGHER EDUCATION LOAN | : | |
| AUTHORITY OF THE STATE OF | : | **AMENDED STIPULATION OF** |
| MISSOURI, et al., | : | **DISMISSAL WITH PREJUDICE** |
| | : | **CLAIMS BETWEEN PLAINTIFF** |
| Defendants. | : | **AND DEFENDANT EXPERIAN** |
| | : | **INFORMATION SOLUTIONS,** |
| | : | **INC. ONLY** |

_____

Pursuant to Rule 21 and Rule 41(a), Plaintiff Rachel Carlotta and Defendant Experian Information Solutions, Inc., by and through their counsel, hereby stipulate that all matters and claims against Defendant Experian Information Solutions, Inc. only should be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully Submitted,

/s/ *Adam V. Sadlowski*
Adam V. Sadlowski, Trial Attorney
SADLOWSKI LAW LLC
11427 Reed Hartman Highway, Suite 210
Blue Ash, Ohio 45241
Tel:  (513) 618-6595
Fax: (513) 618-6442
asadlowski@sb-lawyers.com

Attorney for Plaintiff


/s/ *Brian P. Downey*
Brian P. Downey (0086148)
TROUTMAN PEPPER HAMILTON SANDERS LLP
100 Market Street, Suite 200
Harrisburg, PA 17101
Tel: 717.255.1192
brian.downey@troutman.com

Attorney for Defendant Experian Information Solutions, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on July 10, 2024, a copy of the foregoing document has been served upon counsel of record via the Court's electronic filing system.

>                             /s/ *Brian P. Downey*
>                             Brian P. Downey