# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| RACHEL CARLOTTA, | Case No. 1:24-cv-73 |
| Plaintiff, | Judge Matthew W. McFarland |
| v. | |
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, et al., | |
| Defendants. | |

## CONDITIONAL ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that the above matter between Plaintiff and Defendant Equifax Information Services, LLC, has settled, hereby **GRANTS** Plaintiff's Motion to Dismiss (Doc. 40) and **ORDERS** that all claims against Defendant Equifax Information Services, LLC, are **DISMISSED** with prejudice, provided that either party may, upon good cause shown within sixty (60) days, move to reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S. Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

**IT IS SO ORDERED.**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND